UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:08-CR-00082-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ROBERT LAWRENCE JOYE ) | |

This matter is before the court on the government's proposed order, seeking dismissal of the instant indictment pursuant to Fed. R. Crim. P. 48(a). Because the court must ensure dismissal is not clearly contrary to manifest public interest, see United States v. Goodson, 204 F.3d 508, 512 (4th Cir. 2000), and no reason for seeking leave to dismiss is stated in the proposed order, the government is DIRECTED to file a notice specifying the ground(s) for dismissal within five days of this order.

This 24 September 2012.

_____
W. Earl Britt
Senior U.S. District Judge